RECEIVED

SEP - 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LUCXENE SAINTIL (A 077 004 054) | CIVIL ACTION NO. 11-0652 "P" |
| VERSUS | JUDGE DOHERTY |
| WARREN VIATOR; ERIC HOLDER PHILLIP T. MILLER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the government's motion to dismiss [Rec. Doc. 10] be GRANTED, and

**IT IS FURTHER ORDERED** that Saintil's petition for writ of *habeas corpus* [Rec. Doc. 1] be DISMISSED WITHOUT PREJUDICE, as moot.

Signed this 6 day of Sept, 2011.

Rebecca F. Doherty
United States District Judge